

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2014

No. 04-14-00704-CR

Daryl Allan **HATFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8888
Honorable Philip A. Kazen, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 26, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2014.

_____
Keith E. Hottle, Clerk